## Dunn v. Philadelphia & Reading Railway Co., Appellant (No. 2).

Argued Oct. 9, 1916. Appeal, No. 54, Oct. T., 1916, by defendant, from judgment of C. P. No. 2, Philadelphia Co., March T., 1914, No. 54, 382, on verdict for plaintiff in case of James P. Dunn, by his father and next friend James Dunn, v. Philadelphia & Reading Railway Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY WILLIAMS, J., March 7, 1917:

The question involved in this appeal is the same as that raised in James P. Dunn v. Philadelphia & Reading Ry. Co., ante, p. 406. For the reasons given in the opinion filed in that case the judgment is affirmed.